UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | DOCKET NO. 3:07CR91 |
| v. | ) | |
| | ) | ORDER |
| MARK FREDERICK ETHRIDGE | ) | |
| | ) | |

THIS MATTER is before the court upon Court's own motion to continue this matter from the July 9, 2007, term of court. This will be the **ONLY CONTINUANCE IN THIS MATTER UNLESS A PARTY CAN SHOW A COMPELLING BASIS FOR ANOTHER CONTINUANCE.**

The court finds the ends of justice served by taking such action outweighs the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

**IT IS THEREFORE ORDERED** that this trial be scheduled for the September term of court.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: June 25, 2007

Frank D. Whitney
United States District Judge