IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:07cr00091-W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| MARK FREDERICK ETHRIDGE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant's "Motion for Revocation of Magistrate Judge's Order Detaining Defendant; Motion for Release Pursuant to 18 U.S.C. § 3145(c)" (Doc. No. 23), filed October 23, 2007. Under the Bail Reform Act of 1984, Defendant must be detained because he has been found guilty of a "crime of violence" and is awaiting imposition of a sentence. See 18 U.S.C. §§ 3145(c), 3143(a)(2), 3142(f)(1)(A); United States v. Moffitt, 2006 WL 3240752 (W.D.N.C., November 7, 2006). Accordingly, Defendant's motion is DENIED

IT IS, THEREFORE, ORDERED that Defendant's Motion for Release (Doc. No. 23) is DENIED.

Signed: October 24, 2007

Frank D. Whitney
United States District Judge